No. 02–9912.  FABIAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–9913.  ROUTH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9917.  ENGLAND v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9930.  COLE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–9931.  SPENCER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9932.  WILSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9939.  CASTELLANOS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9940.  CARTER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–9943.  CARTWRIGHT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9948.  WITCHER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–9954.  COCKERILL v. DARIUS, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 02–1257.  SMITH ET AL. v. NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION ET AL.  Sup. Ct. N. H.  Certiorari denied.  JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 02–1266.  MCDONALD v. TENNESSEE.  Sup. Ct. Tenn.  Motion of petitioner for leave to amend petition for writ of certiorari denied.  Certiorari denied.

No. 02–9827.  SMITH v. COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS.  C. A. 10th Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.